**FILED**
September 29, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                    Plaintiff,                  )<br>v.                                                      )<br>                                                          )<br>CHI KEUNG HUI,                            )<br>                    Defendant.              )<br>_____) | Case No. CR.S-08-0064-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHI KEUNG HUI, Case No. CR.S-08-0064-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $200,000.00

      ___   Unsecured Appearance Bond

      _X_   Appearance Bond

      _X_   (Other) Conditions as stated on the record.

      ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09-29-10  at 3:21 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge