TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00064 |
| Plaintiff, | AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| CHI KEUNG HUI, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from March 17, 2011 to May 19, 2011 at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules and for continuity of counsel pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and (B)(iv), Local Codes T-2 and T-4.

//

//

1

Dated: March 16, 2011

                                        /s/
                                  TED W. CASSMAN,
                                  Attorney for Defendant
                                  CHI KEUNG HUI

Dated: March 16, 2011

                                        /s/
                                  MICHAEL BECKWITH,
                                  Assistant United States Attorney

## ORDER

For the reasons stated above, the status conference in this matter, currently set for March 17, 2011, is continued to May 19, 2011; and the time beginning, March 17, 2011, and extending through May 19, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161 (h)(7)(A) and (B)(iv), Local Codes T-2 and T-4.

Dated: March 23, 2011

                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE