```
1  TED W. CASSMAN
   RAPHAEL M. GOLDMAN
2  ARGUEDAS, CASSMAN & HEADLEY, LLP
   803 Hearst Avenue
3  Berkeley, CA 94710
   Telephone: (510) 845-3000
4
   Attorneys for Defendant
5  CHI KEUNG HUI
```

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0064-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHI KEUNG HUI, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from May 19, 2011 to July 7, 2011 at 9:00 a.m. It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules and for continuity of counsel pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and (B)(iv), Local Codes T-2 and T -4.

///

Dated: May 17, 2011

/s/
TED W. CASSMAN,
Attorney for Defendant
CHI KEUNG HUI

Dated: May 17, 2011

/s/
MICHAEL BECKWITH,
Assistant United States Attorney

ORDER

For the reasons stated above, the status conference in this matter, currently set for May 19, 2011, is continued to July 7, 2011; and the time beginning May 19, 2011, and extending through July 7, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161 (h)(7)(A) and (B)(iv), Local Codes T-2 and T -4.

Dated: May 18, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE