TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,                    No. 08-CR-0064

      Plaintiff,                    STIPULATION AND PROPOSED
                                             ORDER TO CONTINUE
vs.                                          STATUS CONFERENCE

CHI KEUNG HUI,

      Defendant.

_____/

        It is hereby stipulated by and between the parties of record that the status

conference in the above-referenced matter should be continued from July 7, 2011 to

August 11 at 9:00 a.m.  It is further stipulated that there is good cause for said

continuance to accommodate conflicts arising from counsels' personal and trial

schedules and for defense preparation and continuity of counsel pursuant to 18

U.S.C.§ 3161 (h)(7)(A) and  (B)(iv), Local Code T -4.

//

//

1   Dated: July 5, 2011

2

3                                              _____/s/_____
                                               TED W. CASSMAN,
4                                              Attorney for Defendant
                                               CHI KEUNG HUI
5

6   Dated: July 5, 2011

7

8

9                                              _____/s/_____
                                               MICHAEL BECKWITH,
                                               Assistant United States Attorney
10

11                                  ORDER

12          For the reasons stated above, the status conference in this matter,

13   currently set for July 7, 2011, is continued to August 11, 2011; and the time beginning,

14   July 7, 2011, and extending through August 11, 2001, is excluded from the calculation

15   of time under the Speedy Trial Act for effective defense preparation. The Court finds

16   that interests of justice served by granting this continuance outweigh the best interests

17   of the public and the defendants in a speedy trial.  18 U.S.C.§ 3161 (h)(7)(A) and

18   (B)(iv), Local Code T -4.

19    Dated: July 11, 2011

20

21                                              _____
                                               MORRISON C. ENGLAND, JR.
22                                             UNITED STATES DISTRICT JUDGE

23

24

25

26