TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | No. 2:08-CR-00064 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | STATUS CONFERENCE |
| CHI KEUNG HUI, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from August 11, 2011 a.m. to September 1, 2011 at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules and for defense preparation and continuity of counsel pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and  (B)(iv).

//

//

1  Dated: August 10, 2011

3                                          /s/
                                          TED W. CASSMAN,
4                                          Attorney for Defendant
                                          CHI KEUNG HUI

6  Dated: August 10, 2011

9                                          /s/
                                          MICHAEL BECKWITH,
                                          Assistant United States Attorney

11                           ORDER

12        For the reasons stated above, the status conference in this matter,

13  currently August 11, 2011, is continued to September 1, 2011 at 9:00 a.m.; and the

14  time beginning, August 11, 2011, and extending through September 1, 2001, is

15  excluded from the calculation of time under the Speedy Trial Act for effective defense

16  preparation. The Court finds that interests of justice served by granting this continuance

17  outweigh the best interests of the public and the defendants in a speedy trial.  18

18  U.S.C.§ 3161 (h)(7)(A) and  (B)(iv).

19        IT IS SO ORDERED.

20  Dated: August 15, 2011

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE