TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-0064 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | STATUS CONFERENCE |
| CHI KEUNG HUI, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from October 13, 2011 to November 10, 2011 at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules, to consult with immigration counsel, and for defense preparation, research and continuity of counsel pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and  (B)(iv) under Local Rule T4.

//

1

Dated: October 11, 2011

/s/   Ted W. Cassman
TED W. CASSMAN,
Attorney for Defendant
CHI KEUNG HUI

Dated: October 11, 2011

/s/   Michael Beckwith
MICHAEL BECKWITH,
Assistant United States Attorney

ORDER

For the reasons stated above, the status conference in this matter, currently set for October 13, 2011, is continued to November 10, 2011 at 9:00 a.m.; and the time beginning, October 13, 2011, and extending through November 10, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation, research and continuity of counsel.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C.§ 3161 (h)(7)(A) and  (B)(iv).

IT IS SO ORDERED.

Dated: October 14, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2