1  TED W. CASSMAN
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 845-3000

4  Attorneys for Defendant
   CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0064 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | STATUS CONFERENCE |
| CHI KEUNG HUI, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from March 2, 2012 to March 22, 2012, at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules, for further consultation with immigration counsel, and for defense preparation, research and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and  (B)(iv) under Local Rule T4.

//

Dated: February 28, 2012

/s/   Ted W. Cassman
TED W. CASSMAN,
Attorney for Defendant
CHI KEUNG HUI

Dated: February 28, 2012

/s/   Michael Beckwith
MICHAEL BECKWITH,
Assistant United States Attorney

ORDER

For the reasons stated above, the status conference in this matter, currently set for March 2, 2012, is continued to March 22, 2012, at 9:00 a.m.; and the time beginning March 1, 2012, and extending through March 22, 2012, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation, research and continuity of counsel.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and  (B)(iv).

Dated: March 2, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE