TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-0064 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | STATUS CONFERENCE |
| CHI KEUNG HUI, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from March 22, 2012 to May 3, 2012, at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules, for further consultation with immigration counsel, and for defense preparation, research and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and  (B)(iv) under Local Rule T4.

//

1    Dated: March 19, 2012

2

3                                    /s/   Ted W. Cassman
                                     TED W. CASSMAN,
4                                    Attorney for Defendant
                                     CHI KEUNG HUI
5

6    Dated: March 19, 2012

7

8                                    /s/   Michael Beckwith
                                     MICHAEL BECKWITH,
9                                    Assistant United States Attorney

10

11                              ORDER

12        For the reasons stated above, the status conference in this matter,

13   currently set for, March 22, 2012, is continued to May 3, 2012, at 9:00 a.m.; and the

14   time beginning March 22, 2012, and extending through May 3, 2012, is excluded from

15   the calculation of time under the Speedy Trial Act for effective defense preparation,

16   research and continuity of counsel.  The Court finds that interests of justice served by

17   granting this continuance outweigh the best interests of the public and the defendants

18   in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and  (B)(iv).

19   Dated: March 28, 2012

20

21

22   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE
23

24

25

26