TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00064 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | SENTENCING HEARING |
| CHI KEUNG HUI, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the sentencing hearing in the above-referenced matter should be continued from September 6, 2012 to October 18, 2012, at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate counsels' schedules and developments relating to the remaining co-defendant.

Dated: August 29, 2012

                                              /s/   Ted W. Cassman
                                              TED W. CASSMAN,
                                              Attorney for Defendant
                                              CHI KEUNG HUI

1 | Dated: August 29, 2012

3 |                                    /s/   Michael Beckwith
                            MICHAEL BECKWITH,
4 |                             Assistant U.S. Attorney

6 |                                   ORDER

7 |       For the reasons stated above, the sentencing hearing in this matter,

8 | currently set for September 6, 2012, shall be continued to October 18, 2012, at 9:00

9 | a.m.

10 | Dated: September 5, 2012

12 | _____
    MORRISON C. ENGLAND, JR.
13 |     UNITED STATES DISTRICT JUDGE