```
TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI
```

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00064-04-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | SENTENCING HEARING |
| CHI KEUNG HUI, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the sentencing hearing in the above-referenced matter should be continued from October 18, 2012 to February 28, 2013 at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate counsels' schedules and developments relating to the remaining co-defendant.

Dated: October 15, 2012

                                                /s/   Ted W. Cassman
                                                TED W. CASSMAN,
                                                Attorney for Defendant
                                                CHI KEUNG HUI

Dated: October 15, 2012

/s/   Michael Beckwith
MICHAEL BECKWITH,
Assistant U.S. Attorney

ORDER

For the reasons stated above, the sentencing hearing in this matter, currently set for October 18, 2012, shall be continued to February 28, 2013, at 9:00 a.m.

Dated: October 22, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE