TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00064-04-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | SENTENCING HEARING |
| CHI KEUNG HUI, | |
| Defendant. / | |

It is hereby stipulated by and between the parties of record that the sentencing hearing in the above-referenced matter should be continued from October 18, 2012 to February 28, 2013 at 9:00 a.m.  It is further stipulated that there is good cause for said continuance to accommodate counsels' schedules and developments relating to the remaining co-defendant.

Dated: October 15, 2012

                                                   /s/   Ted W. Cassman
                                                 TED W. CASSMAN,
                                                 Attorney for Defendant
                                                 CHI KEUNG HUI

1 | Dated: October 15, 2012

4 |                                 /s/   Michael Beckwith
  |                                 MICHAEL BECKWITH,
5 |                                 Assistant U.S. Attorney

7 |                                ORDER

8 | For the reasons stated above, the sentencing hearing in this matter, currently set for October 18, 2012, shall be continued to February 28, 2013, at 9:00 a.m.

11 | Dated: October 22, 2012

   |                                 _____
   |                                 MORRISON C. ENGLAND, JR.
   |                                 UNITED STATES DISTRICT JUDGE