TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0064 |
| Plaintiff, | STIPULATION AND ORDER FOR RETURN OF PASSPORT |
| vs. | |
| CHI KEUNG HUI, | |
| Defendant. | |

Defendant Chi Keung Hui having served his sentence and having been released from custody, it is hereby stipulated by and between the parties of record that his passport should be returned to him by the Clerk of the Court.  (*See* Dkt# 79: "09/29/2010 79 COLLATERAL RECEIVED as to Chi Keung Hui: Passport from Atty Ted Cassman, H00780142. (Kastilahn, A) (Entered: 09/29/2010)."

Dated: February 4, 2014

                /s/   Ted W. Cassman
TED W. CASSMAN,
Attorney for Defendant
CHI KEUNG HUI

Dated: February 4, 2014

                /s/   Michael Beckwith
MICHAEL BECKWITH,
Assistant U.S. Attorney

## ORDER

Pursuant to ECF No. 217, Defendant Chi Keung Hui's passport was returned to ICE on June 17, 2013. Because the Court is no longer in possession of Defendant's passport, the Court is unable to return it. Accordingly, Defendant's request is DENIED.

IT IS SO ORDERED.

Dated:  February 12, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT